[No. 21965-1-I.   Division One.   May 22, 1989.]

FOSTER-BRAY, INC., *Respondent,* v. CURTITION, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87-2-11790-1, Jim Bates, J., entered February

22, 1988. *Reversed* by unpublished opinion per Webster, J., concurred in by Pekelis, J., and Revelle, J. Pro Tem.